# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9155128 | Shoffor | 312 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 07/10/25 / 0351
**Offense Charged:** 18 USC 113 a4 (USC)
**Place of Offense:** 7218 West Huff Blvd Fort Detrick MD 21702
**Offense Description: Factual Basis for Charge:** Simple Assault

### DEFENDANT INFORMATION

**Last Name:** Lain
**First Name:** Dyon
**MI:** L

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** 1520 Freedman Drive Fort Detrick MD 21702
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9155128*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10 July, 20 25 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland.

On 10 July 2025 at 0351 I ofc shoffer responded to 7218 West Huff Blvd for a Domestic in progress. Investigation revealed Dyon Lain and Cessily Lain were involved in a verbal argument which turned physical when Cessily Lain struck Dyon Lain on the right side of his face with her left hand. Dyon Lain then struck Cessily Lain on the left side of her face with an open hand. Both individuals were advised of their Miranda rights on DA 3881. Dyon Lain invoked his rights and refused to make a statement. No injuries were observed. Medical treatment was refused. Dyon Lain was issued a CVB for Simple Assault.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident